**PAUSE TECHNOLOGY LLC Plaintiff–Appellant,**

v.

**TIVO INC. Defendant–Appellee.**

No. 04–1263.

United States Court of Appeals, Federal Circuit.

May 2, 2005.

Before NEWMAN, LOURIE, and LINN, Circuit Judges.

*ORDER*

UPON CONSIDERATION of Plaintiff–Appellant Pause Technology LLC's motion to reinstate the appeal,

IT IS ORDERED that:

The motion is granted, and this appeal is reinstated and will be decided on the briefs already filed and the oral argument heard on January 13, 2005. The mandate issued on April 4, 2005 is hereby recalled.